# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Myers,<br><br>    Plaintiff,<br><br>v.<br><br>Data Diver Technologies LLC,<br><br>    Defendant. | No. CV-15-01462-PHX-DLR<br><br>**ORDER** |

  The Court, having reviewed the parties' Joint Stipulation of Dismissal with prejudice, (Doc. 36), and good cause appearing,

  **IT IS ORDERED** dismissing this case in its entirety with prejudice. Each party will bear its/her own costs, expenses and attorney's fees.

  Dated this 29th day of February, 2016.

_____
Douglas L. Rayes
United States District Judge